IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBIN C. ANTILL,

     Plaintiff,

v.                              CASE NO. 4:13cv523-RH/CAS

THOMAS HUBERT PARKER, JR. and
BRETT COLTON PARKER,

     Defendants.

_____/

## ORDER EXTENDING DEADLINES
## AND RESCHEDULING THE TRIAL

IT IS ORDERED:

1. The trial is rescheduled for the two-week trial period that begins on Tuesday, September 2, 2014.

2. The deadline for the plaintiff's Federal Rule of Civil Procedure 26(a)(2) disclosures is extended to May 30, 2014.

3. The deadline for the defendants' 26(a)(2) disclosures is extended to June 30, 2014.

4. The discovery deadline is extended to June 24, 2014. But an expert deposition may be taken after that date, and any other deposition may be taken after that date if all parties agree, so long as any such deposition is taken at least 14 days before the pretrial conference.

SO ORDERED on March 7, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge